IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>**MICHAEL JAMES COLLINS**<br>[DOB: 02/12/1997]<br><br>                Defendant. | No. 18-04093-01-CR-C-SRB<br><br>**COUNT 1**<br>18 U.S.C. § 2421(a)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years; NMT Life Supervised Release<br>Class C Felony<br><br>**COUNT 2**<br>18 U.S.C. § 2260(A)<br>NLT 10 Years Imprisonment (Consecutive)<br>NMT $250,000 Fine<br>NLT 5 Years; NMT Life Supervised Release<br><br>$100 Special Assessment (Each Count) |

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES**:

**COUNT 1**
(Interstate Transportation for Illicit Sexual Activity)
<u>18 U.S.C. § 2421(a)</u>

Beginning December 8, 2017, and continuing to December 10, 2017, said dates being approximate, within Callaway County, in the Western District of Missouri, and elsewhere, the defendant, **MICHAEL JAMES COLLINS**, aided and abetted by others, knowingly in transporting an individual ("FV") in interstate commerce with the intent that F.V. engage in sexual activity for which a person can be criminally charged under the laws of the State of Missouri, including statutory rape in the first degree and statutory sodomy in the first degree, which prohibits any person from having sexual intercourse or deviate sexual intercourse with another person who is less than fourteen years of age; all in violation of Title 18, United States Code, Section 2421(a).

## COUNT 2
(Penalties for Registered Sex Offenders)
<u>18 U.S.C. § 2260(A)</u>

Beginning on an unknown date, as early as December 8, 2017, and continuing to December 10, 2017, said dates being approximate, within Callaway County, in the Western District of Missouri, and elsewhere, the defendant, **MICHAEL JAMES COLLINS**, when he was required to register as a sex offender under the law of the State of Missouri, committed the felony offense involving a minor charged in Count 1 of this Information; all in violation of Title 18, United States Code, Section 2260(A).

By

**Timothy A. Garrison**
United States Attorney

*/s/ Ashley S. Turner*
**Ashley S. Turner**
Assistant United States Attorney
Missouri Bar No. 62314

2